# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MERINDA WILSON, Individually, and on behalf of herself and all other similarly situated current and former employees, )<br>)<br>)<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>RIVER WAFFLES, LLC, d/b/a Waffle House, a Georgia Limited Liability Company, )<br>)<br>)<br>)<br>Defendant. ) | No. 2:20-cv-02144-TLP-atc<br><br>JURY DEMAND |

## ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL

The parties jointly move for approval of settlement under the Fair Labor Standards Act. (ECF No. 24.) The parties submitted the Settlement Agreement for inspection and review. (ECF No. 24-2.) The Court also discussed the Settlement Agreement with the parties during a telephonic status conference. (ECF No. 26.)

Having reviewed the Settlement Agreement and the joint motion, the Court finds that the Settlement Agreement is a fair and reasonable resolution of Plaintiff's claims. The Court therefore **GRANTS** the joint motion. Accordingly, the Court **DISMISSES** the matter **WITH PREJUDICE**.

**SO ORDERED**, this 6th day of October, 2020.

                                                  s/Thomas L. Parker
                                                  THOMAS L. PARKER
                                                  UNITED STATES DISTRICT JUDGE