# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MERINDA WILSON, Individually, and on behalf of herself and all other similarly situated current and former employees, ) ) ) ) | |
| Plaintiff, ) ) | No. 2:20-cv-02144-TLP-atc |
| v. ) ) | JURY DEMAND |
| RIVER WAFFLES, LLC, d/b/a Waffle House, a Georgia Limited Liability Company, ) ) ) ) | |
| Defendant. ) | |

## JUDGMENT

**JUDGMENT BY COURT**.  This action came before the Court on Plaintiff's Complaint, filed on February 28, 2020.  (ECF No. 1.)  In accordance with the Order Granting Joint Motion to Approve Settlement (ECF No. 28), entered by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

October 6, 2020
Date